William Arthur McIntosh
TDCJ-ID no. 688254
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601


Clerk, Abel Acosta
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, texas 78711


June 28, 2015


Mr. Acosta,

　　　I am requesting a copy of th edocket sheet for the following cause no.'s PD-0331-15, PD-0332-15, PD-0333-15, PD-0334-15, PD-0335-15, PD-0336-15, PD-0337-15, PD-0338-15, PD-0339-15, PD-0340-15. I would greatly appreciate getting a copy of the docket sheet for the above numbered cause numbers as I would like to see the progress of my PDR.
　　　Thank you in advance for your assistance in this matter.


Sincerely,

William McIntosh

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk